IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JOHNSON,  :  | |
|     Plaintiff,  : | |
| : | |
| v.  : | CIVIL ACTION NO. 24-CV-5776 |
| : | |
| CITY OF PHILADELPHIA,  : | |
| DEPARTMENT OF HUMAN SERVICES, *et al.*,: | |
|     Defendants.  : | |

**ORDER**

AND NOW, this 7th day of March, 2025, upon consideration of Plaintiff Anthony Johnson's *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to mark Johnson's Complaint as "case participant view only."

2. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as follows:

    a. Insofar as Johnson seeks to overturn the state court custody decision regarding custody of his son, his claims are barred pursuant to the *Rooker-Feldman* doctrine and will be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Johnson will not be granted leave to amend these claims.

    b. The remainder of Johnson's Complaint is **DISMISSED WITH PREJUDICE**.

3.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                    **BY THE COURT:**

                    **/s/ Chad F. Kenney**

                    _____
                    **CHAD F. KENNEY**